UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JEHAN ZEB MIR, | ) SACV 12-1629-RGK (SH) |
| | ) |
| Plaintiff, | ) ORDER ACCEPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED |
| v. | ) STATES MAGISTRATE JUDGE |
| | ) |
| KENNETH B. DECK, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the First Amended Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

///

///

///

1

IT IS THEREFORE ORDERED that a Judgment be entered (1)  approving and accepting the Report and Recommendation, (2) granting Defendants' Motions to Dismiss, and; (3) directing that Judgment be entered dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: September 10, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE