JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JEHAN ZEB MIR, | ) SACV 12-1629-RGK (SH) |
|         Plaintiff, | ) JUDGMENT |
| v. | ) |
| KENNETH B. DECK, et al., | ) |
|         Defendants. | ) |

Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 10, 2013

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE